Case: 1:24-cv-11058 Document #: 1 Filed: 10/28/24 Page 1 of 5 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
OCT 28 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Randall Noble

_____,

Plaintiff(s),

vs.

ENCORE CREDIT CORP., MIDWEST FIRST
FINANCIAL LIMITED PARTNERSHIP IV &
_____,
CIRCUIT COURT OF COOK COUNTY
CHANCERY DIVISION
Defendant(s).

Case No. 1:24-cv-11058
Judge Sara L. Ellis
Magistrate Judge Gabriel A. Fuentes
Cat 2 IC
Random Assignment

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is ___Randall Noble_____.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

Case: 1:24-cv-11058 Document #: 1 Filed: 10/28/24 Page 2 of 5 PageID #:2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, __ENCORE CREDIT CORP. See attached._____, is
(name, badge number if known)

☐ an officer or official employed by _____;
(department or agency of government)

_____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is __in Cook County Illinois_____. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __May 24, 2013_____, at approximately _____ ☒ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of __CIRCUIT COURT OF COOK COUNTY CHANCERY DIV.__, in the County of __Cook_____,

State of Illinois, at __50 W. Washington St, Chicago Illinois 60602_____,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☐ Other: _____

_____

2

Case: 1:24-cv-11058 Document #: 1 Filed: 10/28/24 Page 3 of 5 PageID #:3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): The Defendants used their policy to unlawfully take my home and land from me. The defendants used the statutes to take my land and private property from me. The Defendants violated my rights protected the United States Constitution. ILCS 735 ILCS 5/15-1504.5.

8. Plaintiff was charged with one or more crimes, specifically: The Plaintiff home was fraudulently foreclosed on due to a fraudulent mortgage and note, both which are unilateral contracts.

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

    ☐ are still pending.

    ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

    ☒ Other: This was a fraudulent foreclosure case.

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

Case: 1:24-cv-11058 Document #: 1 Filed: 10/28/24 Page 4 of 5 PageID #:4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

I purchased land at 2094 Tyler Dr. in Lynwood Illinois for $10,000.00 and them I went to ENCORE CREDIT CORP. to get credit for building my home on the land I purchased. I signed a promissory note to obtain credit to build my home. The note was sold to BANK OF AMERICA without my knowledge and BANK OF AMERICA was then asking me for payment. Then a month later MIDWEST FIRST FINANCIAL PARTNERSHIP IV was foreclosing on the mortgage yet they were asking for payment from the contract I originally went into with ENCORE CREDIT CORP. The CIRCUIT COURT OF COOK COUNTY CHANCERY DIVISION IN ILLINOIS State Administrative Officers allowed MIDWEST FIRST FINANCIAL PARTNERSHIP IV to file a claim against me as if they gave me funds or credits to purchase the land and/or build my home. These agencies make up their own rules, statutes and more to do business with one another and harm the living breathing people who owns the land in fee simple. These corporations are not only committing fraud they are violating the constitution which allowed them to be our servants on the land.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:
The land that I purchased and the home that I built was taken from me and my family only for the defendants to sale my private property to someone else. I lost my investment and I was midlend regarding to how these agents received the credits to give to me to build my home. These Defendants are in the business of making people homeless and theft.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. X☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _____

Plaintiff's name *(print clearly or type)*: Randall A. Noble

Plaintiff's mailing address: 14301 Ingleside Avenue

City Dolton   State Illinois   ZIP [60419]

Plaintiff's telephone number: ( 708)295-4257

Plaintiff's email address *(if you prefer to be contacted by email)*: randallnoble14@gmail.com

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]